THE COE-MORTIMER COMPANY, Appellant, *v.* ELLSWORTH RYDER et al., Respondents.

(Argued April 25, 1929; decided May 28, 1929.)

*Harry G. Stephens* for appellant.

*Harri M. Howell* for respondents.

Judgment of the Appellate Division and that of Special Term reversed and new trial granted, with costs to abide event on the ground that according to the uncontradicted evidence the conveyance was made in fraud of creditors; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.